```
                                              FILED
                                              December 4, 2008
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              _____
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>TIEN THE LE,<br><br>        Defendant. | Case No. CR.S-08-0449-WBS<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release TIEN THE LE, Case No. CR.S-08-0449-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of: $125,000.00.

        ___  Unsecured Appearance Bond

        _X_  Appearance Bond with Surety

        _X_  (Other) Conditions as previously stated on the record.

        ___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/4/08  at  3:40 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge