RECEIVED
UNITED STATES MARSHAL

2008 DEC -4 PM 3: 51

**FILED**
December 4, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )
                            )   Case No. CR.S-08-0449-WBS
          Plaintiff,        )
                            )
v.                          )   ORDER FOR RELEASE OF
                            )   PERSON IN CUSTODY
TIEN THE LE,                )
                            )
          Defendant.        )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TIEN THE LE, Case No. CR.S-08-0449-WBS from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $125,000.00.

   ___   Unsecured Appearance Bond

   _X_   Appearance Bond with Surety

   _X_   (Other) Conditions as previously stated on the record.

   ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/4/08  at 3:40 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge