**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **TIEN LE**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-8-449 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER THEREON** |
| **TIEN LE,** | |
| Defendant, | |

It is hereby stipulated between counsel for the government and the defendants that the following condition may be added to the defendant's terms and conditions of release: "You shall submit to drug or alcohol testing as approved by the pretrial services officer." This condition was inadvertently omitted from the original version.

Dated: December 9, 2008                                             Dated: December 9, 2008

/ s / Steven D. Bauer                                                        / s / Heiko Coppola
**STEVEN D. BAUER**                                                 **HEIKO COPPOLA**

For Good Cause Appearing, IT IS SO ORDERED.

Dated: December 9, 2008

**EDMUND F. BRENNAN**
U.S. Magistrate Judge