```
BENJAMIN B. WAGNER
United States Attorney
JASON HITT
JILL M. THOMAS
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-0449 WBS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION TO DISMISS |
| ) | COUNT THREE OF THE SUPERSEDING |
| v. ) | INDICTMENT AGAINST |
| ) | DEFENDANT TIEN LE AND |
| TIEN THE LE, ) | [~~PROPOSED~~] ORDER |
| ) | |
| Defendant, ) | [FED. R. CRIM. P. 48(a)] |
| ) | |
| ) | |

The United States of America, by and through its attorneys of record, Assistant United States Attorneys Jason Hitt and Jill M. Thomas, hereby moves for an order dismissing Count Three (only) of the Superseding Indictment against defendant Tien LE pursuant to Federal Rule of Criminal Procedure 48(a). This motion is made in the interests of justice because the government has developed evidence suggesting certain elements of that crime cannot be proven beyond a reasonable doubt. This information has been provided to defense counsel in the form of pretrial disclosure of a recent interview with government witness Tony LE. In that interview, Mr. Tony LE indicates that defendant Tien LE may not have been aware of all aspects of the

criminal conduct that is the subject of Count Three in the Superseding Indictment.

For these reasons, the undersigned respectfully requests that the Court enter an Order dismissing Count Three (only) of the Superseding Indictment against defendant Tien LE in Case No. 2:08-cr-0449 WBS in the interests of justice pursuant to Rule 48(a).  The United States intends to proceed to trial on Counts One and Two of the Superseding Indictment.

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED:  March 12, 2013        By:/s/Jason Hitt
                                            JASON HITT
                                            Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

Count Three of the Superseding Indictment against defendant Tien LE in Case No. 2:08-cr-0449 WBS is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: March 11, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE