JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
TIEN THE LE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.-S-NO.-08-449–03 WBS |
| ) | |
| PLAINTIFF, ) | |
| ) | STIPULATION AND (PROPOSED) |
| v. ) | ORDER TO CONTINUE THE |
| ) | JUDGMENT AND SENTENCING |
| TIEN THE LE, ) | AND MOTION FOR ACQUITTAL |
| ) | AND NEW TRIAL TO MONDAY, |
| ) | AUGUST 26, 2013 |
| DEFENDANT. ) | |
| _____) | |

Plaintiff, the United States of America, by Assistant United States Attorneys, Mr. Jason Hitt, and Ms. Jill Thomas and defendant Tien The Le by his attorney James R. Greiner, all stipulate and agree that the Judgment and Sentence date and the date of hearing on the Motions, Judgment of Acquittal and New Trial can be set for **Monday, August 26, 2013**, at 9:30 a.m. before the Honorable Senior United States District Court Judge William B. Shubb.  The parties agree and stipulate that the current date of Monday July 1, 2013, set for the Judgment and Sentencing and the hearing on the Motions of Judgment of Acquittal and New Trial can be vacated by the Court. The Court's availability on this date, August 26, 2013**,** has been confirmed.

## BACKGROUND

1

On March 26, 2013, the jury returned a verdict of Guilty on Court one and a Not Guilty verdict on Court two.

Probation agrees with the continuance and the amended schedule.

**AMENDED SCHEDULE FOR DISCLOSURE**

**OF PRE-SENTENCE REPORT**

The parties and probation agree to the following amended schedule for the disclosure of the pre-sentence report:

| | |
|---|---|
| Disclosure of Proposed pre-sentence report | June 24, 2013 |
| Counsels' written objections | July 8, 2013 |
| Pre-Sentence Report filed with the Court | July 15, 2013 |
| Motion for Correction of Pre-Sentence Report | July 29, 2013 |
| Reply | August 12, 2013 |
| Judgment and Sentence | August 26, 2013 |

**HEARING DATE FOR MOTIONS OF**

**ACQUITTAL AND NEW TRIAL**

The parties agree and stipulate that the Motions Judgment for Acquittal and New Trial can be set for Monday, August 26, 2013, and the current date of Monday, July 1, 2013, can be vacated by the Court.

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 5-24-13     /s/ JASON HITT
_____
JASON HITT,
JILL THOMAS
ASSISTANT UNITED STATES ATTORNEYS

DATED: 5-24-13     /s/ JAMES R. GREINER
_____
James R. Greiner
Attorney for Defendant
TIEN THE LE

2

## ORDER

**THE COURT MAKES THE FOLLOWING FINDINGS:**

The Court finds request of the parties to be reasonable and therefore adopts the request of the parties as follows:

## AMENDED SCHEDULE FOR DISCLOSURE
## OF PRE-SENTENCE REPORT

| | |
|---|---|
| Disclosure of Proposed pre-sentence report | June 24, 2013 |
| Counsels' written objections | July 8, 2013 |
| Pre-Sentence Report filed with the Court | July 15, 2013 |
| Motion for Correction of Pre-Sentence Report | July 29, 2013 |
| Reply | August 12, 2013 |
| Judgment and Sentence | August 26, 2013, 9:30 am |

## HEARING DATE FOR MOTIONS OF
## ACQUITTAL AND NEW TRIAL

The Court sets the Hearing date for the Motions Judgment for Acquittal and New Trial on

3

Monday, August 26, 2013 at 9:30 a.m., and the current date of Monday, July 1, 2013, is vacated by the Court.

**IT IS SO ORDERED.**

DATED:  May 28, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4