1   BENJAMIN B. WAGNER
    United States Attorney
2   JASON HITT
    JILL M. THOMAS
3   Assistant United States Attorneys
    501 I Street, Suite 10-100
4   Sacramento, CA 95814
    Telephone:  (916) 554-2700
5   Facsimile:   (916) 554-2900

6

7   Attorneys for Plaintiff
    United States of America
8

9                      IN THE UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,           CASE NO.  2:08-CR-00449 WBS

13                        Plaintiff,    **AMENDED** STIPULATION AND [~~PROPOSED~~]
                                        ORDER REGARDING BRIEFING SCHEDULE ON
14             v.                       DEFENDANT'S POST-TRIAL MOTIONS AND
                                        SENTENCING DATE
15  TIEN THE LE,

16                        Defendant.

17

18                               **STIPULATION**

19          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, stipulate and agree that the briefing schedule and sentencing date

21  should be reset.  This stipulation refers to defendant's Motion to Vacate the Jury Verdict and Judgment

22  of Acquittal (Docket Entry No. 215) and Motion for New Trial (Docket Entry No. 216), as well his date

23  for Judgment and Sentencing on October 15, 2013.  The parties, after consultation with the Court's

24  Deputy Clerk, respectfully request the following schedule:

25          Government's Oppositions:        December 16, 2013

26          Defendant's Reply Briefs:        December 23, 2013

27          Hearing on Motions and J&S:      January 13, 2014, at 9:30 a.m.

28

1    The government has been working diligently to complete briefing on defendant's pending

2  motions and sentencing objections.  In addition, defendant's counsel will be engaged in a significant,

3  complex jury trial before Judge Mueller beginning in the middle of October.  It is expected to last for a

4  number of weeks.  Both parties request additional time to properly brief the pending motion and prepare

5  for sentencing in this case.

6    IT IS SO STIPULATED.

7

8                                                BENJAMIN B. WAGNER
                                                 United States Attorney

9  Dated:  October 10, 2013

10                                               /s/ JASON HITT
                                                 JASON HITT

11                                               Assistant United States Attorney

12

13  Dated:  October 10, 2013                     /s/ JAMES R. GREINER, Esq.

14                                               JAMES R. GREINER, Esq.
                                                 Counsel for Defendant, authorized to sign for Mr.

15                                               Greiner on October 10, 2013

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.    The briefing schedule on defendant's Motion to Vacate the Jury Verdict and Judgment of Acquittal (Docket Entry No. 215) and Motion for New Trial (Docket Entry No. 216), is revised as follows:

|  |  |
|---|---|
| Government's Oppositions: | December 16, 2013 |
| Defendant's Reply Briefs: | December 23, 2013 |
| Hearing on Motions and J&S: | January 13, 2014, at 9:30 a.m. |

2.    Defendant's date for Judgment and Sentencing is reset for January 13, 2014, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated:  October 15, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE