JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
TIEN THE LE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-08-449-03 WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| ) | OF THE PARTIES TO CONTINUE |
| v. ) | BOTH SENTENCING AND THE |
| ) | DEFENSE MOTIONS FOR A NEW |
| TIEN THE LE, et al., ) | TRIAL AND JUDGMENT OF |
| ) | ACQUITAL TO MONDAY, |
| ) | APRIL 14, 2014 AND |
| DEFENDANTS. ) | ~~PROPOSED~~ ORDER |
| _____) | |

   The parties to this litigation, the United States of America, represented by Assistant United States Attorneys Jason Hitt and Jill Thomas, and the

[Pleading Title] - 1

defendant, Tien The Le, James R. Greiner, hereby agree and stipulate to the following:

    1- By previous order, this matter was set for motions hearing and sentencing on Monday, January 13, 2014 (See Docket Entry # 257);

    2. By this Stipulation, the parties collectively now move to continue the motion hearing and sentencing until **Monday, April 14 2014 at 9:30 a.m.** The parties agree there is no legal need to exclude time pursuant to the Speedy Trial Act.

IT IS SO AGREED TO AND STIPULATED TO BY THE PARTIES.

    Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

    BENJAMIN B. WAGNER
    UNITED STATES ATTORNEY

DATED: 1-9-14    /s/ JASON HITT
                    JILL THOMAS
    _____
    JASON HITT
    JILL THOMAS
    ASSISTANT UNITED STATES ATTORNEYS
    ATTORNEYS FOR THE PLAINTIFF

[Pleading Title] - 2

DATED: 1-9-14     /s/ James R. Greiner

_____
James R. Greiner
Attorney for Defendant
TIEN THE LE

(~~Proposed~~)**ORDER**

**IT IS SO FOUND AND ORDERED.**

Dated:   January 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[Pleading Title] - 3