JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
TIEN THE LE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-08-449-03 WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| ) | OF THE PARTIES TO CONTINUE |
| v. ) | BOTH SENTENCING AND THE |
| ) | DEFENSE MOTIONS FOR A NEW |
| TIEN THE LE, ) | TRIAL AND JUDGMENT OF |
| ) | ACQUITAL TO MONDAY, |
| ) | JUNE 9, 2014 AND |
| DEFENDANT. ) | ~~PROPOSED~~ ORDER |
| _____) | |

  The parties to this litigation, the United States of America, represented by Assistant United States Attorneys Jason Hitt and Jill Thomas, and the

[Pleading Title] - 1

defendant, Tien The Le, James R. Greiner, hereby agree and stipulate to the following:

1- By previous order, this matter was set for motions hearing and sentencing on Monday, April 14, 2014 (See Docket Entry # 265);

2. The defense has filed two post trial motions, the first is a motion to vacate the jury verdict and for a judgment of acquittal (See Docket Entry # 215) and the second is a motion for a new trial (See Docket entry # 216). Both motions are critical and contain potentially complex issues which the parties agree require the additional time for legal research and briefing.

3. By this Stipulation, the parties collectively now move to continue the motion hearing and sentencing until **Monday, June 9, 2014 at 9:30 a.m.** The parties agree there is no legal need to exclude time pursuant to the Speedy Trial Act.

   IT IS SO AGREED TO AND STIPULATED TO BY THE PARTIES.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

        BENJAMIN B. WAGNER
        UNITED STATES ATTORNEY

DATED: 4-9-14    /s/ JASON HITT
            JILL THOMAS
        _____
        JASON HITT
        JILL THOMAS
        ASSISTANT UNITED STATES ATTORNEYS
        ATTORNEYS FOR THE PLAINTIFF

DATED: 4-9-14    /s/ James R. Greiner
        _____
        James R. Greiner
        Attorney for Defendant
        TIEN THE LE

**ORDER**

**IT IS SO FOUND AND ORDERED.**

Dated: April 10, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE