JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
TIEN THE LE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-08-449--WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| ) | OF THE PARTIES TO CONTINUE |
| v. ) | BOTH SENTENCING AND THE |
| ) | DEFENSE MOTIONS FOR A NEW |
| TIEN THE LE, et al., ) | TRIAL AND JUDGMENT OF |
| ) | ACQUITAL TO MONDAY, |
| ) | July 28, 2014 AND |
| DEFENDANTS. ) | ~~PROPOSED~~ ORDER |
| _____ ) | |

    The parties to this litigation, the United States of America, represented by Assistant United States Attorneys Jason Hitt and Jill Thomas, and the

Stipulation to Continue both Motions Hearing and Judgment and
Sentencing to Monday, July 28, 2014(Tien The Le) - 1

defendant, Tien The Le, represented by James R. Greiner, hereby agree and stipulate to the following:

1- By previous order, this matter was set for motions hearing and sentencing on Monday, June 9, 2014 (See Docket Entry # 271);

2. The defense has filed two post-trial motions, the first is a motion to vacate the jury verdict and for a judgment of acquittal (See Docket Entry # 215) and the second is a motion for a new trial (See Docket entry # 216). Both motions are critical and contain potentially complex issues which the parties agree require the additional time for legal research and briefing.

3. By this Stipulation, the parties collectively now move to continue the motion hearing and sentencing until **Monday, July 28, 2014.** The parties agree there is no legal need to exclude time pursuant to the Speedy Trial Act.

4. Further, it is anticipated that the Government will file their opposition papers the week of June 9, 2014, and then the defense needs time to file its reply which the defense will do on or before Monday, July 14, 2014, so that the Court has the papers two weeks prior to the hearing date of Monday, July 28, 2014.

```
 1      IT IS SO AGREED TO AND STIPULATED TO BY THE
 2 PARTIES.
 3
 4           Each attorney has granted James R. Greiner
 5 full authority to sign for each individual attorney.
 6
 7
 8
 9
10      Respectfully submitted:
11                 BENJAMIN B. WAGNER
                   UNITED STATES ATTORNEY
12
13 DATED: 6-2-14    /s/ JASON HITT
                        JILL THOMAS
14
15                 _____
                   JASON HITT
16                 JILL THOMAS
                   ASSISTANT UNITED STATES ATTORNEYS
17                 ATTORNEYS FOR THE PLAINTIFF
18
   DATED: 6-2-14    /s/ James R. Greiner
19
20                 _____
21                 James R. Greiner
                   Attorney for Defendant
22                 TIEN THE LE
23
24
25
26
27
28
```

Stipulation to Continue both Motions Hearing and Judgment and
Sentencing to Monday, July 28, 2014(Tien The Le) - 3

**ORDER**

**IT IS SO FOUND AND ORDERED.**

Dated:   June 4, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE