JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
TIEN THE LE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-08-449-03 WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| ) | OF THE PARTIES TO CONTINUE |
| v. ) | BOTH SENTENCING AND THE |
| ) | DEFENSE MOTIONS FOR A NEW |
| TIEN THE LE, et al., ) | TRIAL AND JUDGMENT OF |
| ) | ACQUITAL TO MONDAY, |
| ) | AUGUST 18, 2014 AND |
| DEFENDANTS. ) | ~~PROPOSED~~ ORDER |
| _____) | |

    The parties to this litigation, the United States of America, represented by Assistant United States Attorneys Jason Hitt and Jill Thomas, and the

[Pleading Title] - 1

defendant, Tien The Le, James R. Greiner, hereby agree and stipulate to the following:

1- By previous order, this matter was set for motions hearing and sentencing on Monday, July 28, 2014 (See Docket Entry # 273);

2. The defense has filed two post trial motions, the first is a motion to vacate the jury verdict and for a judgment of acquittal (See Docket Entry # 215) and the second is a motion for a new trial (See Docket entry # 216). Both motions are critical and contain potentially complex issues which the parties agree require the additional time for legal research and briefing. The government has responded to both motions on June 10, 2014. (See Docket # 274)

3. The defense filed a sentencing memorandum on August 12, 2013 (See Docket # 246). Since the filing of that sentencing memorandum, the Sentencing Commission has recommended and the Department of Justice in certain cases has agreed that an additional 2 point reduction in certain drug cases is appropriate for the Court to consider. The defense needs to file a modified sentencing memorandum with that argument and the government then can reply. The government can file its opposition to the defense sentencing memorandum, if any, and if the government

files and opposition the defense needs to file its reply.

    4. By this Stipulation, the parties collectively now move to continue the motion hearing and sentencing until **Monday, August 18, 2014.** The parties agree there is no legal need to exclude time pursuant to the Speedy Trial Act.

IT IS SO AGREED TO AND STIPULATED TO BY THE PARTIES.

    Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

    BENJAMIN B. WAGNER
    UNITED STATES ATTORNEY

DATED: 7-21-14    /s/ JASON HITT
                     JILL THOMAS
    _____
    JASON HITT
    JILL THOMAS
    ASSISTANT UNITED STATES ATTORNEYS
    ATTORNEYS FOR THE PLAINTIFF

DATED: 7-21-14    /s/ James R. Greiner

    _____
    James R. Greiner
    Attorney for Defendant
    TIEN THE LE

**ORDER**

**IT IS SO FOUND AND ORDERED.**

Dated: July 22, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE