```
JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
TIEN THE LE
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-08-449-03 WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| ) | OF THE PARTIES TO CONTINUE |
| v. ) | BOTH SENTENCING AND THE |
| ) | DEFENSE MOTIONS FOR A NEW |
| TIEN THE LE, ) | TRIAL AND JUDGMENT OF |
| ) | ACQUITAL TO MONDAY, |
| ) | OCTOBER 6, 2014, at |
| DEFENDANT. ) | 9:30 am and ~~Proposed~~ Order |
| _____) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorneys Jason Hitt and Jill Thomas, and the

[Pleading Title] - 1

defendant, Tien The Le, James R. Greiner, hereby agree and stipulate to the following:

    1- By previous order, this matter was set for motions hearing and sentencing on Monday, August 18, 2014 (See Docket Entry # 276);

    2. The defense has filed two post trial motions, the first is a motion to vacate the jury verdict and for a judgment of acquittal (See Docket Entry # 215) and the second is a motion for a new trial (See Docket entry # 216). Both motions are critical and contain potentially complex issues which the parties agree require the additional time for legal research and briefing. The government has responded to both motions on June 10, 2014. (See Docket # 274)The defense needs additional time to do legal research for the response to the government's opposition.

    3. By this Stipulation, the parties collectively now move to continue the motion hearing and sentencing until **Monday, October 6, 2014, at 9:30 am.** The parties agree there is no legal need to exclude time pursuant to the Speedy Trial Act.

  IT IS SO AGREED TO AND STIPULATED TO BY THE PARTIES.

    Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

[Pleading Title] - 2

```
     Respectfully submitted:

                    BENJAMIN B. WAGNER
                    UNITED STATES ATTORNEY

DATED: 8-12-14     /s/ JASON HITT
                       JILL THOMAS
                   _____
                   JASON HITT
                   JILL THOMAS
                   ASSISTANT UNITED STATES ATTORNEYS
                   ATTORNEYS FOR THE PLAINTIFF

DATED: 8-12-14     /s/ James R. Greiner


                   _____
                   James R. Greiner
                   Attorney for Defendant
                   TIEN THE LE
```

[Pleading Title] - 3

**ORDER**

**IT IS SO FOUND AND ORDERED.**

Dated:   August 18, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE