```
JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
1024 IRON POINT ROAD
FOLSOM, CALIFORNIA 95630
TELEPHONE: (916) 357-6701
FAX: (916) 920-7951
E mail: jaygreiner@midtown.net

ATTORNEY FOR DEFENDANT
TIEN THE LE
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-S-08-449-03 WBS |
| ) | |
| PLAINTIFF, ) | STIPULATION AND AGREEMENT |
| ) | OF THE PARTIES TO CONTINUE |
| v. ) | BOTH SENTENCING AND THE |
| ) | DEFENSE MOTIONS FOR A NEW |
| TIEN THE LE, ) | TRIAL AND JUDGMENT OF |
| ) | ACQUITAL TO MONDAY, |
| ) | DECEMBER 8, 2014 AND |
| DEFENDANT. ) | PROPOSED ORDER |
| _____) | |

The parties to this litigation, the United States of America, represented by Assistant United States Attorneys Jason Hitt and Jill Thomas, and the

STIPULATION TO CONTINUE BOTH POST-TRIAL MOTIONS AND SENTENCING TO
MONDAY, DECEMBER 8, 2014, DEFENDANT TIEN THE LE - 1

defendant, Tien The Le, James R. Greiner, hereby agree and stipulate to the following:

    1- By previous order, this matter was set for motions hearing and sentencing on Monday, November 24, 2014 (See Docket Entry # 284);

    2. The defense has filed two post-trial motions, the first is a motion to vacate the jury verdict and for a judgment of acquittal (See Docket Entry # 215) and the second is a motion for a new trial (See Docket entry # 216). Both motions are critical and contain potentially complex issues which the parties agree require the additional time for legal research and briefing. The government has responded to both motions on June 10, 2014. (See Docket # 274)

    3. The defense filed a sentencing memorandum on August 12, 2013 (See Docket # 246), a supplemental sentencing memorandum on August 7, 2014 (See Docket #277) and a second supplemental sentencing memorandum on September 30, 2014 (See Docket # 280).

    4. The government needs time to file any opposition to the defense sentencing memorandums and then the defense will file its reply.

    5. By this Stipulation, the parties collectively now move to continue the motion hearing and sentencing until **Monday, December 8, 2014.** The

STIPULATION TO CONTINUE BOTH POST-TRIAL MOTIONS AND SENTENCING TO MONDAY, DECEMBER 8, 2014, DEFENDANT TIEN THE LE - 2

parties agree there is no legal need to exclude time pursuant to the Speedy Trial Act.

IT IS SO AGREED TO AND STIPULATED TO BY THE PARTIES.

Each attorney has granted James R. Greiner full authority to sign for each individual attorney.

Respectfully submitted:

```
                    BENJAMIN B. WAGNER
                    UNITED STATES ATTORNEY

DATED: 11-19-14     /s/ JASON HITT
                        JILL THOMAS
                    _____
                    JASON HITT
                    JILL THOMAS
                    ASSISTANT UNITED STATES ATTORNEYS
                    ATTORNEYS FOR THE PLAINTIFF

DATED: 11-19-14     /s/ James R. Greiner

                    _____
                    James R. Greiner
                    Attorney for Defendant
                    TIEN THE LE
```

**ORDER**

STIPULATION TO CONTINUE BOTH POST-TRIAL MOTIONS AND SENTENCING TO
MONDAY, DECEMBER 8, 2014, DEFENDANT TIEN THE LE - 3

The sentencing hearing is continued to December 8, 2014, at 9:30 a.m., as requested by the parties.  However, the hearing on the motions remains set for November 24, 2014 at 9:30 a.m., as previously ordered.

IT IS SO ORDERED.

Dated:   November 19, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE