QUIN DENVIR, State Bar No. 49374
Attorney at Law
1614 Orange Lane
Davis, California 95616
Telephone: (916) 307-9108
Fax: (916) 640-0027
E-mail: federaldenvir@gmail.com

Attorney for Defendant
TIEN THE LE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIEN THE LE,<br><br>　　　　　Defendant. | Case No.: CR-S-08-449-03 WBS<br><br>**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE A NOTICE OF APPEAL** |

　　　　Defendant was sentenced on December 8, 2014, and a notice of appeal was due by December 26, 2014.  Present counsel was appointed to represent the defendant on appeal on December 8, 2014.  Due to miscommunication, present counsel mistakenly believed that former counsel was going to file the notice of appeal on behalf of the defendant.  Present counsel was waiting for the Ninth Circuit to set a briefing schedule.  On January 15, 2015, present counsel was contacted by the court reporter about whether there would be an appeal and only thereafter learned that no notice of appeal had been filed.  Defendant requests, pursuant to Rule 4(b)(4), Federal Rules of Appellate Procedure, that the Court find excusable neglect and good cause and extend the time for filing the notice of appeal until January 20, 2015.

///

| | |
|---|---|
| Date: January 15, 2015 | Respectfully submitted, |
| | */s/ Quin Denvir* |
| | QUIN DENVIR |
| | Attorney for Defendant |

IT IS SO ORDERED.

Dated: January 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion for Extension of Time In Which To File a Notice of Appeal with the Clerk of the Court for the United States District Court for the Eastern District of California by using the U.S. District Court CM/ECF system on January 15, 2015.

Participants in the case who are registered CM/ECF users will be served by the U.S. District Court CM/ECF system.

DATED:  January 15, 2015                    */s/ Alicia Hughes*
                                                                    ALICIA HUGHES